IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GRACE MANUFACTURING, INC.                                                                PLAINTIFF

v.                                          NO. 4:15CV00554 JLH

CHEF'S WAY                                                                                DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 10th day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE